PROB 12C
(7/93)

Report Date: October 2, 2014

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alyson Start        Case Number: 2:13CR00117-RMP-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Benjamin H. Settle, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 20, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 17, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 16, 2016 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 15:** Restitution in the amount of $813,040 is due immediately. Any unpaid amount is to paid during the period of supervision in monthly installments of not less than 10% of your gross monthly household income. Interest on restitution shall be waived.
 | **Supporting Evidence**: On September 26, 2014, the undersigned officer contacted the financial litigation unit (FLU), with the United States Attorney's Office, in the Western District of Washington. They confirmed the only payment made toward the restitution in Ms. Start's case was on February 10, 2014. This payment came from a garnishment of her tax return, and not a payment made by Ms. Start.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/02/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ x]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____10/2/2014_____
Date