PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of  Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alyson Start                    Case Number: 2:13CR00117-RMP-1

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: December 20, 2010          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Wire Fraud,     Date Supervision Commenced: May 17, 2013
18 U.S.C. § 1349

Original Sentence: Prison - 33 months              Date Supervision Expires: May 16, 2016
                         TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21      You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating
        professional which do not require forced or psychotropic medication and/or inpatient confinement absent
        further order of the Court.  You shall allow reciprocal release of information between the supervising
        officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to
        pay.

### CAUSE

At the request of the Court, the defendant agrees to undergo a mental health assessment in order to determine if
counseling would be beneficial and is appropriate.

Respectfully submitted,

by      s/Chris Heinen

Chris Heinen
U.S. Probation Officer
Date: November 4, 2014

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ X]    The Modification of Conditions as Noted Above
[  ]    Other

Signature of Judicial Officer

11/4/2014

Date