PROB 12C
(7/93)

Report Date: April 22, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alyson Start                    Case Number: 0980 2:13CR00117-RMP-1

Address of Offender: ███████████████ , Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 20, 2010

Original Offense:        Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence:       Prison 33 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Pamela Jackson Byerly         Date Supervision Commenced: September 9, 2015

Defense Attorney:        Federal Defenders             Date Supervision Expires: September 8, 2017

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: You shall complete 60 hours of community service at the rate of not less than 10 hours per month, at a not-for-profit site approved in advance by the supervising officer. The hours are to be completed in full within 6 months. |

**Supporting Evidence**: On September 9, 2015, Ms. Start's previous term of supervised release was revoked by the Court, and a condition of supervision was added requiring a total of 60 hours of community service due in full within 6 months. Ms. Start was afforded until the end of March 2016 to have the hours completed and verification submitted as required. Ms. Start alleged to have completed a significant number of hours exceeding her total due of 60 hours at both Mother's Against Drunk Driving (MADD) in Oregon and Girl Scouts of America.

Ms. Start was afforded numerous opportunities to provide the verification as required; however, despite numerous imposed deadlines, and commitments by Ms. Start to provide said documentation, she has continually failed to follow through on the obligation. In an effort to add credibility to her completed hours, Ms. Start provided the undersigned officer with her point of contact for both Girl Scouts of America and Mothers Against Drunk Driving.

Ms. Start continued to provide numerous reasons why verification had not been submitted, including not being able to get a hold of proper contacts, and staff illness. On April 15, 2016, the undersigned officer was able to contact the volunteer coordinator with Girl Scouts of America. Staff indicated that according to their records, Ms. Start had only been assisting her daughter with the sale of girl scout cookies, and that this activity would not be considered as community service hours. Staff indicated that Ms. Start would need a full background check to begin working in a community service capacity with the entity, and staff indicated that, according to their records, Ms. Start had not undergone this process.

On April 19, 2016, the undersigned officer attempted contact with staff with Mother's Against Drunk Driving. On April 20, 2016, the undersigned officer received a voice mail from staff indicating that staff had been in contact with Ms. Start, but that they had no record that Ms. she had ever completed any community service hours with the entity. Further, staff indicated that Ms. Start has not worked with their Oregon, Seattle, or Spokane offices, and they were not familiar with the individual that Ms. Start identified as having worked with at the agency.

Ms. Start indicated that she has completed community service hours at numerous other agencies, but has thus far failed to provide any verification resources to the undersigned officer. It would appear at this time as though Ms. Start is in violation of her conditions as ordered by the Court.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 22, 2016

s/ Chris Heinen

Chris S. Heinen
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[x ]    The Issuance of a Summons

Signature of Judicial Officer

4/22/2016

Date