PROB 12C
(6/16)

Report Date:  March 3, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alyson Start                     Case Number: 0980 2:13CR00117-RMP-1

Address of Offender: 2615 E. Thurston Ave, Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 20, 2010
Date of Revocation Sentence: September 9, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 33 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | TSR: 24 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: September 9, 2015 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: September 8, 2017 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall not open, possess, use, or otherwise have access to any checking account, ATM card, or credit card, without the advance approval of the supervising officer.<br><br>**Supporting Evidence**:  Ms. Start violated the terms of her supervised release between the dates of February 12 and June 16, 2016, by having access to three separate opened credit accounts, and by opening two separate credit card accounts without the advanced approval from her probation officer. |
| 2 | **Special Condition # 17**: You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.<br><br>**Supporting Evidence**:  Ms. Start violated the terms of her supervised release by self-disclosing that she entered into a financial contract with PayPal on February 14, 2017, without first receiving permission from her probation officer. |

**Prob12C**
**Re: Start, Alyson**
**March 3, 2017**
**Page 2**

3          **Special Condition #21:** You shall pay restitution in the amount of $813,040.00 due
immediately. Any unpaid amount is to be paid during the period of supervision in
monthly installments of not less than 10% of his or her gross monthly household income.
Interest on the restitution shall be waived

**Supporting Evidence:** Ms. Start violated the terms of her supervised release by failing
to make a payment toward her restitution since March 4, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear
to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/03/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3/3/2017

Date