# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2017

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Alyson Start | Case Number: 0980 2:13CR00117-RMP-1 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 20, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence<br>September 9, 2015: | Prison: 1 day<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: September 9, 2015 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: September 8, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #21:** You shall pay restitution in the amount of $813,040 due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than 10% of his or her gross monthly household income. Interest on the restitution shall be waived.<br><br>**Supporting Evidence**: On April 11, 2017, Ms. Start appeared before Your Honor and was directed to immediately make a 10 percent payment from her mother's wrongful death lawsuit earnings. The amount owed was $26,190.86. Ms. Start was a year behind in her scheduled financial payments of no less than $100 per month. She was directed to immediately submit a $1,200 payment as well.<br><br>On April 20, 2017, the undersigned officer checked the Offender Payment Report Enhanced Report Access (OPERA) and noticed that neither payment had been made. A follow-up call to the U.S. District Court Clerks Office in the Western District of Washington reflected that Ms. Start had yet to make a payment. When the undersigned officer confronted the offender on this, she reported she had allegedly sent the checks. Ms. Start's last payment made toward her restitution was March 4, 2016. |

Ms. Start was directed to supply the undersigned officer with the two checks in the amounts of $26,190.86 and $1,200 on May 1, 2017. The undersigned officer physically walked Ms. Start to the mailbox and witnessed her mail the checks to the Western District of Washington.

On May 30, 2017, the undersigned officer received information from the clerks office in the Western District of Washington, that the checks were declined due to Ms. Start having insufficient funds in her account.

2  **Special Condition #14:** You shall provide the supervising officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of your Federal income tax returns. You shall disclose all assets and liabilities to the supervising officer. You shall not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer.

**Supporting Evidence:** During a phone conversation on May 23, 2017, the undersigned officer directed Ms. Start to supply this officer with a complete understanding of her financial records. She was directed to supply her PayPal account earnings, Inland Northwest Bank (INB) company earnings and her Bank of America personal account. She was directed to supply these to the undersigned officer on May 25, 2017.

On May 25, 2017, Ms. Start only supplied her PayPal account information. She stated she could not get in to her INB account, due to forgetting the password. She did not have her Bank of America account with her. The undersigned directed her to supply the undersigned officer with these two financial statements on May 26, 2017. She failed to supply either of these to the undersigned officer on May 26, 2017. Ms. Start stated she would email the two financial statements to the undersigned officer no later than the end of business on May 26, 2017. She failed to accomplish this task.

On May 31, 2017, Ms. Start was directed yet again to supply the proper documentation needed. She did supply what appeared to be an INB statement, but it was for the wrong month. She still failed to supply her Bank of America statement. The undersigned directed her to bring in the correct INB statement for the month of April 2017. She brought in a paper that did not have the INB logo, but she stated that this was her INB statement. She still did not bring in her Bank of America statement. She was directed to get this statement from Bank of America and to bring it to the probation office on June 1, 2017.

On June 1, 2017, Ms. Start supplied a paper that had no link back to a Bank of America account. It was barely visible, as Ms. Start stated she did not have enough ink to print out the information, sufficiently. The only date showing was April 29, 2017. The undersigned directed Ms. Start to go to Bank of America and to supply this office an official statement for the months of April and May 2017. She needed to supply this by the end of the day. She failed to supply the statement, and did not notify the office in any way that she was not coming back to provide said documentation.

       3        **Special Condition #25:** Defendant shall complete 100 hours of community service at a not-for-profit site approved by the supervising probation officer at a rate of not less than 10 hours per month.

**Supporting Evidence:** Ms. Start was directed to complete her community service hours at no less than 10 hours per month, beginning on April 11, 2017. Ms. Start was given the opportunity to complete these first 10 hours in the month of May 2017.

On May 1, 2017, the undersigned officer met with Ms. Start to answer any questions she had and to inform her of where she could perform her community service and whom to talk to in order to set up the times to accomplish her hours. She was also instructed to bring back her community service log sheet each month in order for the undersigned officer to verify her completed hours.

On May 31, 2017, Ms. Start stated she had only accomplished 4 hours of her community service, and did not supply the undersigned officer with any documentation. A follow-up call to the Salvation Army revealed that no one under the name of Alyson Start or Alyson Juliano logged any community service hours. The Salvation Army checked their records back to May 18, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/02/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer
6/2/2017
Date